IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREAS L. MOORE, JR.,

    Plaintiff,

v.

DR. HOFFMAN, et al.

    Defendants.

ORDER

20-cv-918-wmc
App. No. 24-1104

---

Plaintiff Andreas L. Moore, Jr. has filed a notice of appeal from an order entered on December 19, 2023.  Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2).  Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Andreas L. Moore, Jr. may have until March 19, 2024 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal.  Failure to meet this deadline may result in dismissal of the appeal.

Entered this 26th day of February, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the total fee for filing an appeal is $605 ($600 docketing fee plus $5 statutory fee).